IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| JOHN E. JARVIS | : | CIVIL ACTION |
| v. | : | |
| GOVERNMENT OF THE VIRGIN ISLANDS, et al. | : | NO. 07-117 |

ORDER

AND NOW, this 18th day of August, 2009, it is hereby ORDERED that the motion of plaintiff John Jarvis for reconsideration of the court's Order of July 22, 2009 is DENIED.

_____

Before the court is the motion of plaintiff John Jarvis for reconsideration of this court's July 22, 2009 Order denying class certification. A claim for a refund filed with the Commissioner of Finance must state, in addition to the "reasons advanced in support of the claimed refund," "the amount of excise taxes allegedly overpaid, [and] the date(s) such taxes were paid." JDS Realty Corp. v. Gov't of the V.I., 18 V.I. 601, 603 (D.V.I. 1981). No purported class member ever furnished this information to the Commissioner. Only the claim of Jarvis satisfies the requirements of V.I. Code. Ann. tit. 33, § 1692(a). Accordingly, his motion for reconsideration is being denied.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III         C.J.
SITTING BY DESIGNATION